```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
JAY BRODSKY and DONNA MARTIN,

                    Plaintiffs,
                                           MEMORANDUM & ORDER
         -against-                         18-CV-1998(JS)(AYS)

APPLE INC.,

                    Defendant.
----------------------------------X
JAY BRODSKY and DONNA MARTIN,

                    Plaintiffs,

         -against-                         18-CV-2006(JS)(AYS)

PALMER ADMINISTRATIVE SERVICES,
INC., N.C.W.C. ADMINISTRATIVE
SERVICES INC., MICHAEL SHAFTEL,
and EVAN MICHAELS,

                    Defendants.
----------------------------------X
JAY BRODSKY,

                    Plaintiff,

         -against-                         18-CV-2788(JS)(AYS)

PURDUE PHARMA L.P., PURDUE PHARMA
INC., THE PURDUE FREDERICK COMPANY
INC., TEVA PHARMACEUTICALS INC.,
CEPHALON, INC., JOHNSON & JOHNSON,
JANSSEN PHARMACEUTICALS, INC., n/k/a
JANSSEN PHARMACEUTICALS, INC.,
DEPOMED, INC., ORTHO-MCNEIL, ENDO
HEALTH SOLUTIONS INC., ENDO
PHARMCEUTICALS, INC., ALLERGEN PLC;
f/k/a ACTAVIS PLC, ACTAVIS, INC.,
f/k/a WATSON LABORATORIES, INC.,
```

```
ACTAVIS LLC, AMD ACTAVIS PHARMA,
INC., f/k/a WATSON PHARMA, INC.,

                    Defendants.
----------------------------------X
JAY BRODSKY and DONNA MARTIN

                    Plaintiffs,

        -against-                          18-CV-3304(JS)(AYS)

BMW OF THE MAINLINE and
BMW NORTH AMERICA
                    Defendants.
----------------------------------X
APPEARANCES
For Plaintiff:         Jay Brodsky, pro se
                       Donna Martin, pro se
                       240 East Shore Road
                       Apt. 444
                       Great Neck, NY 11023

For Defendants:        No appearances.
```

SEYBERT, District Judge:

By Memorandum and Order dated June 18, 2018 (the "Order"), the Court denied the applications of pro se plaintiffs Jay Brodsky ("Brodsky") and Donna Martin ("Martin" and together, "Plaintiffs") in each of the above cases to proceed in forma pauperis without prejudice and with leave to renew upon completion of the AO 239 in forma pauperis application together with a copy of the "official BMW Financial Services Credit Application" Martin provided to BMW as is alleged in the Complaint assigned Docket Number 18-CV-3304. Alternatively, Plaintiffs were advised to remit the $400 filing fee for each case. Plaintiffs were instructed to comply with the Order within fourteen (14) days from

2

the date of the Order and were warned that "a failure to timely comply with this Order will lead to the dismissal of the Complaints without prejudice and judgment will enter." (See Order at 6.)

To date, Plaintiffs have not remitted the filing fees nor have they filed the AO 239 in forma pauperis applications in any of their cases. Rather, on June 28, 2018, Plaintiffs filed a two-page document entitled "Notice of Withdrawal Stipulation of Settlement" in the case assigned Docket Number 18-CV-3304. Therein, Plaintiffs assert that a "settlement has been reached and therefore the plaintiffs of their own free will withdraw all litigation pursuant to Case Number 2:18-cv-03304 . . . ." (See Docket No. 18-CV-3304, Docket Entry 11.) Although Plaintiffs present the document as a "stipulation", the Court notes that it is signed only by Plaintiffs.

Plaintiffs' application to withdraw the Complaint assigned 18-CV-3304 is GRANTED and the Complaint assigned 18-CV-3304 is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2). Given Plaintiffs' failure to comply with the Order, the remaining above-captioned cases (with the exception of 18-CV-2788) are DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).[1]

---

[1] The Court notes that, after the Order issued, the case assigned Docket Number 18-CV-2788 was transferred under 28 U.S.C. § 1407

3

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is DENIED for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

The Clerk of the Court is directed to mark the cases assigned Docket Numbers 18-CV-1998, 18-CV-2006, and 18-CV-3304 CLOSED and to mail a copy of this Memorandum and Order to the pro se Plaintiffs.

SO ORDERED.

/s/ JOANNA SEYBERT  
Joanna Seybert, U.S.D.J.

Dated: July __20__, 2018  
      Central Islip, New York

---

pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation to the Northern District of Ohio.

4